# Court of Appeals
# of the State of Georgia

ATLANTA,  July 30, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1776. JAVON CHEEK v. OLIPHANT FINANCIAL, LLC.**

Javon Cheek filed a notice of appeal in this action, and the appeal was docketed on June 28, 2024. The appellate brief, therefore, was due on July 18, 2024. That date has passed, and Cheek has not filed a brief or requested an extension of time. Accordingly, this appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/30/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*